# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| KENNETH F. SMITH, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>) | **JUDGMENT** |
| CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>      Defendant. ) | **CASE NO. 5:12-CV-439-D** |

Decision by the Court:

     **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings [D.E. 24] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 29] is GRANTED, Defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **SEPTEMBER 4, 2013,** WITH A COPY TO:

Ashley Renee Maxwell (via CM/ECF electronic notification)
Mark J. Goldenberg (via CM/ECF electronic notification)

| | |
|---|---|
| September 4, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |